# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| KIMMY DAUNTAIN | CIVIL ACTION NO. 07-CV-1532 |
| VS. | JUDGE MELANÇON |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that this case be **REVERSED AND REMANDED** for further proceedings consistent with the findings in the Report and Recommendation issued by the magistrate judge. Specifically, on remand, the ALJ shall order a consultative examination to fully assess Dauntain's impairments and their effect on his residual functional capacity, and shall reconstruct the record, including the medical history, to whatever extent possible.

Lafayette, Louisiana this 18th day of November, 2008.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE